**Electronically Filed
Supreme Court
SCWC-30507
14-MAY-2012
01:18 PM**

NO. SCWC-30507

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

DAVID SCRIVNER, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30507; S.P.P. NO. 07-1-0032 (CR. NO. 03-1-0787))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Browning,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on March 30, 2012 by Petitioner/Petitioner-Appellant David Scrivner is hereby rejected.

DATED:  Honolulu, Hawai‘i, May 14, 2012.

Walter J. Rodby,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

